UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KEYONNA CRAWFORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 17-cv-02717-RWS |
| | ) |
| NICHOLAS STONE and | ) |
| CITY OF PINE LAWN | ) |
| | ) |
| Defendants. | ) |

**JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that all claims which Plaintiff Keyonna Crawford has pending against Defendant Nicholas Stone and Defendant City of Pine Lawn are to be dismissed with prejudice including all claims for attorneys' fees and costs, without fees or costs awarded to any party.

Respectfully submitted,

Dated: July 16, 2018

Agreed to by:

s/ Evelyn Lewis
Evelyn Lewis
(Missouri Bar No. 43108)
Law Office of Evelyn C. Lewis, LLC
Bank of America Building
4625 Lindell Blvd., Suite 402
St. Louis, Missouri 63108
Telephone: (314) 531-1000
Facsimile: (314) 932-1155
Email: lawbylewis@sbcglobal.net

s/Blake D. Hill
Blake D. Hill
(Missouri Bar No. )
King, Krehbiel, & Hellmich, LLC
2000 South Hanley Road
St. Louis, Missouri 63144
Telephone: (314) 646-1110
Facsimile: (314) 646-1122
Email: bhill@kingkrehbiel.com

**ATTORNEY FOR DEFENDANTS**